IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR406-009
)
JAMES KEITH VEREEN, )
)
    Defendant. )
)

## ORDER

Before the Court is Defendant's Motion for Early Termination of Supervised Release. (Doc. 102.) In the motion, Defendant requests the termination of his five-year term of supervised release based on his exemplary conduct since his release. (Id. at 1.) While the Court is encouraged by Defendant's employment history since his release, the Court concludes that terminating Defendant's supervision at this time would be inappropriate. Within the past year, Defendant has failed a drug screen. (Doc. 102 at 1; Doc. 103 at 1.) Under these circumstances and after reviewing the nature of Defendant's offense in this case, the Court concludes that early termination of Defendant's term of supervised release is unwarranted at this time. Accordingly, Defendant's motion (Doc. 102) is **DENIED**.

SO ORDERED this 19th day of December 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA